In the Matter of ELIZABETH F. VILKOMERSON (also Known as ELIZABETH FRANCES VILKOMERSON), an Attorney. ASSOCIATION OF THE BAR OF THE CITY

OF NEW YORK.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 166.]